U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 20 2022

CLERK, U.S. DISTRICT COURT
By_____ Deputy

Northern District of Texas
Ft. Worth Division.

JKD, CID# 0998964                    ) Cause No. **4-22CV-952-P**

v.                                   )
                                     ) *Evidentartary Hearing Demanded
Tarrant Co Sheriff;                  ) *Habeas Writ Demanded
Tarrant Co. District Court;          ) *Custody of Marshall Demanded
Rockwall County Court #2;            )

## Notice of Removal, 28 USC §1455(c)

COMES NOW, JKD, ~~defendant~~ Petitioner and pursuant to 28USC §1455(a) desires the removal of all state proceedings against them; specifically, but not limited to Rockwall Co, Tx and Tarrant Co, Tx; which states "A defendant... [making] a short plain statement of the grounds for removal..." and subsection (b) details specific requirements that are contained below.

28 USC §1455(b): Requirements-

1) A Notice of Removal of Criminal prosecution **shall be** filed not later than 30 days.. Petitioner was arrested on Sept 25th.

2) A Notice of removal of Criminal prosecution **shall include** all grounds for such removal.

### 6. Rockwall County warrant:

A. Elected Judge violated Due Process (See 536 US 765-2002)
Repub of MN v. White

B. Order issued by elected Judge is **VOID**

C. Elected Judge acts without jurisdiction

D. Texas Constitution proscribing judicial elections violates Supremacy Clause.

E. Texas Constititation proscribing judicial elections violates Appointments Clause

①

F. Texas Const proscribing judicial elections violates Seperations of Powers Framework of two branches of politics and an independant judiciary. Texas scheme creates a 3rd branch of politics beholden to pressures of election.

G. Due to jail facilities grossly Reckless and deliberately indifferent to chronic medical conditions, I'm lacking sufficient cognative function to recall all claims above. Upon being taken into custody by Marshalls, and adequate medical treatment I can complete.

<u>Tarrant County Charge:</u>

H. Terry v. Ohio violations
   i. 911 tip wasn't alleging "dangerous" activity
   ii. 911 tip didn't give "reasonable suspicion of dangerous crime.
   iii. Custodial interrigation without probable cause.

I. Violation of Miranda
J. all judicial election claims above in A-6 made here

3) The filing of a Notice of Removal **shall NOT** prevent state proceedings ... except that judgement **shall NOT** be entered... However Rockwall Co, persists to adjudicate when there is an absesence of jurisdiction

4) This Court is required to Summary remand if the removal shall not be permitted... Under Texas Const, all judges, Court of Appeals, Court of Criminal Appeals even the Texas Supreme Court are all elected.. Therefore, Not a single Court can rule in the State of Texas, This Court is the only available venue and Jurisdiction able to sit & hear the habeas claims. For every injury there must be a remedy.

5)     Because of the previous requirement, preventing the Petitioners injury to go without a Constitutionally adequate tribunal to ~~adop~~ adjudicate the remedy of such ... This Court is _BOUND By Law_ to order an _EVIDENTIARY HEARING_, as the mandatory statutory language used "Shall" does not give this Court discretion to avoid hearing the merits and ruling accordingly. Likewise, this Court is required to notify both State Courts "which shall proceed no further"

    In all due respects to the Court, Congressional intent of 28 USC §1455 is 100% procedural Law that no discretion exists. Petitioner ask of this Court's prompt exercise of the Constitutional protections Congress has detailed in Statute for him to enjoy. Petitioner is eager to prove his claims before this Court and redeem his good name.

Respectfully,

/s/ Joseph Dingler

Unsworn Declaration

I, Joseph Dingler, do declare under penalty of perjury the foregoing is true and correct. I am **IN Fact** incarcerated in Tarrant County Jail and do demand for the Mandatory Congressional intent of 28 USC §1455 subsection (C).



Aaron Carter #0248438
100 N. Lamar
Ft Worth, Tx 76196

RECEIVED
OCT 20 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX 760
17 OCT 2022 PM 6 L

US POSTAGE
ZIP 76199  $ 000.57⁰
0001389855 OCT 17 2022

USDC, Northern Dist of Tx - FtW Div.
c/o US Dist Clerk/ Intake Retotion Sec.
501 W. 10th St.
Ft Worth, Tx 76102

76102-360020




TARRANT COUNTY JAIL MAILROOM